UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Amanda L. B.,　　　　　　　　　　　　　　　　No. 24-cv-246 (PJS/DLM)

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　ORDER ON REPORT AND
　　　　　　　　　　　　　　　　　　　　　　RECOMMENDATION

Martin O'Malley,
  Commissioner of Social Security,

       Defendant.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (Doc. 13) is **ADOPTED**;

2. Plaintiff's brief seeking judgment on the administrative record (Doc. 9) is **DENIED**; and

3. Defendant's brief seeking judgment on the administrative record (Doc. 12) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 5, 2024　　　　　　　　　*s/Patrick J. Schiltz*
　　　　　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　　　Chief Judge United States District Court